BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CV-01124-AWI-SMS |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| 2008 BMW M5, VIN: BSNB935X8CX08867, LICENSE NUMBER 6PMR752, | |
| APPROXIMATELY $34,930.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $3,000.00 IN U.S. SEIZED FROM U.S. BANK ACCOUNT NUMBER 253001323513, | |
| APPROXIMATELY $1,936.96 IN U.S. CURRENCY SEIZED FROM U.S. BANK ACCOUNT NUMBER 15355813442, and | |
| APPROXIMATELY $140.07 IN U.S. CURRENCY SEIZED FROM U.S. BANK ACCOUNT NUMBER 253553684932, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herewith, the Court finds:

Final Judgment of Forfeiture                1

1. This is a civil forfeiture action against a 2008 BMW M5, VIN: BSNB935X8CX08867, license number 6PMR752 (hereafter "defendant vehicle"), approximately $34,930.00 in U.S. Currency (hereafter "defendant currency"), approximately $3,000.00 was seized from U.S. Bank account number 253001323513 (hereafter "defendant funds"), approximately $1,936.96 was seized from U.S. Bank account number 15355813442 (hereafter "defendant funds"), and approximately $140.07 was seized from U.S. Bank account number 253553684932 (hereafter "defendant funds" and all bank account funds hereafter collectively "defendant funds") (hereafter all assets collectively "defendant assets").

2. The defendant assets were included in the criminal indictment filed on February 7, 2013, against Stephen Dennis Buck for violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), - Possession of Methamphetamine with the Intent to Distribute, in *United States v. Stephen Dennis Buck*, 1:13-CR-00046-AWI.  At the end of May 2013, Stephen Dennis Buck was found dead near Sedona, Arizona and as a result the criminal case ended.  Thereafter, the instant Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 19, 2013, alleging that said defendant assets are subject to forfeiture to the United States of America pursuant to 21 U.S.C. §§ 881(a)(4) and 881 (a)(6).

3. On July 25, 2013, the Clerk issued a Warrant for Arrest for the defendant assets, which was duly executed.

4. Beginning on August 15, 2013, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.   A Declaration of Publication was filed with the Court on November 18, 2013.

5. In addition to public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

Final Judgment of Forfeiture           2

      a. Stephen Dennis Buck c/o Roger T. Nuttall, Esq.

      b. Angelina J. DiFazio

6. Potential Claimant Angelina J. DiFazio ("Potential Claimant") represents and warrants that she is the sole living owner of the defendant bank account funds and that no other person or entity has any legitimate claim of interest therein. Potential Claimant makes no claim to the defendant vehicle or to the defendant currency. Should any person or entity institute any kind of claim or action against the United States with regard to its forfeiture of all or part of the defendant bank account funds, Potential Claimant shall hold harmless and indemnify the United States.

7. No parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Potential Claimant Stephen Dennis Buck, Potential Claimant Angelina DiFazio, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture herein the defendant vehicle 2008 BMW M5, VIN: BSNB935X8CX08867, license number 6PMR752, and the defendant currency of approximately $34,930.00 in U.S. Currency, together with any interest that may have accrued on the full amount of all of the defendant assets, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and 881(a)(6), to be disposed of according to law.

4. Pursuant to the Stipulation filed herewith, Potential Claimant makes no claim and has withdrawn any claim to the defendant vehicle and the defendant currency.

5. A total of $5,077.03 in U.S. Currency, representing the total of the defendant bank account funds, shall be returned to Potential Claimant via Potential Claimant's counsel: Mr. Roger Nuttall, 2445 Capitol St # 150, Fresno, CA 93721, (559)233-2900.

6. The United States of America and its servants, agents, and employees, and all other Public entities, their servants, agents, and employees, are released from any and all liability, arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant assets.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Claimant has waived the provisions of California Civil Code § 1542.

7. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about July19, 2013, the Court finds that there was reasonable cause for the seizure and arrest of the defendant assets, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8. Pursuant to the Stipulation for Final Judgment of Forfeiture entered into between the parties, no party "substantially prevailed" within the meaning of 28 U.S.C. § 2465.  All parties shall bear their own costs and attorney's fees.

9. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:   August 13, 2014                       _____
                                                SENIOR  DISTRICT  JUDGE

Final Judgment of Forfeiture                    4

**CERTIFICATE OF REASONABLE CAUSE**

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed July 19, 2013, and the Stipulation for Final Judgment of Forfeiture filed herewith, this Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant assets, and for the commencement and prosecution of this forfeiture.